# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNITA COHEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EMILY FOSTER, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01388-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS AND VACATING PENDING MATTERS AND DATES<br><br>(ECF No. 17) |

On January 30, 2018, Defendant City of Merced filed a notice informing the Court that the parties have reached settlement resolving this action. (ECF No. 17.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before April 30, 2018.

IT IS SO ORDERED.

Dated: **January 31, 2018**

UNITED STATES MAGISTRATE JUDGE

1