# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNITA COHEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMILY FOSTER, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01388-LJO-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF Nos. 19, 20, 21) |

　　　　This action was filed on September 19, 2016. (ECF No. 1.) On February 13, 2018, the parties filed three stipulations. (ECF Nos. 19, 20, 21.) The parties filed a stipulation dismissing Defendants Emily Foster and Edwin Arias with prejudice, a stipulation dismissing Defendant City of Merced with prejudice, and a stipulation dismissing the entire action with prejudice. (ECF Nos. 19, 20, 21.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

　　　　Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __February 14, 2018__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1